**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTOPHER BRADLEY HALLMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-16-903-BMJ |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed separately this same date, the final decision of the Defendant, Acting Commissioner of the Social Security Administration, denying Plaintiff's application for supplemental security income is REVERSED AND REMANDED for further proceedings consistent with the Memorandum Opinion and Order.

ENTERED this 5th day of June, 2017.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE